UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KENDRA BRAY,**

    **Plaintiff(s),**

v.                                                      CASE NO: 8:09-CV-2241-T-30EAJ

**BRINKER INTERNATIONAL
PAYROLL COMPANY, L.P.,**

    **Defendant(s).**
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Motion to Approve FLSA Settlement and Dismiss With Prejudice (Dkt. #27). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Approve FLSA Settlement and Dismiss With Prejudice (Dkt. #27) is GRANTED.

2. The terms of the Settlement Agreement are approved.

3. This cause is dismissed with prejudice.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this case.

**DONE and ORDERED** in Tampa, Florida on November 22, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-2241 dismiss 27.docx